UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DARRYL D. SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CAPTAIN DAVIS et al,<br><br><br>Defendants. | Case No. CV-23-99-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

PURSUANT to the Order Adopting Findings and Recommendations in Full filed on 4/1/2025 *(docket entry 8)*. COMPLAINT IS DISMISSED WITHOUT PREJUDICE.

Dated this  1st  day of  April, 2025

TYLER P. GILMAN, CLERK


By:   /s/ A. Carrillo
      Deputy Clerk