IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DARRYL D. SANCHEZ,<br><br>       Plaintiff,<br><br>vs.<br><br>CAPTAIN DAVIS et al.,<br><br>       Defendants. | CV 23-99-BLG-SPW<br><br><br>ORDER |

Upon Plaintiff Darryl D. Sanchez's Motion for Leave to File an Oversized Brief (Doc. 11), and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion (Doc. 11) is GRANTED to the extent that Plaintiff may file a brief in support of his Rule 60(b)(6) Motion for Relief from Order of Dismissal that exceeds the word limit set forth in Local Rule 7.1(d)(2)(A), not to exceed **10,000 words**. Plaintiff must comply with all remaining requirements of Local Rule 7.1 governing motions.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 30th day of March, 2026.

SUSAN P. WATTERS
United States District Judge